# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

**FILED**
1:49 pm Sep 12 2025
Clerk U.S. District Court
Northern District of Ohio
Cleveland

| | |
|---|---|
| United States of America<br>v.<br><br>Blake Austin Meyer<br>*Defendant(s)* | Case No.  1:25 MJ 4236 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **7/7/2025 and 9/12/2025** in the county of **Lake** in the **Northern** District of **Ohio**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 922(g)(1) | Possession of a Firearm and/or Ammunition by a Prohibited Person (2 counts) |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Timothy M. Hornbeck, Special Agent, FBI
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date: 09-12-2025

*Judge's signature*

City and state: Cleveland, Ohio

Jonathan D. Greenberg, U.S. Magistrate Judge
*Printed name and title*