AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| United States of America <br> v. <br> Blake Austin Meyer <br> *Defendant* | Case No. 1:25-mj-04236 |

### ORDER SCHEDULING PRELIMINARY AND DETENTION HEARINGS

The preliminary and detention hearings in this case are scheduled as follows:

| Place: | 801 West Superior Avenue <br> Cleveland, Ohio 44113 | Courtroom No.: | 10B |
| | | Date and Time: | 9/18/25 1:00 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 09/12/2025

s/Jonathan D. Greenberg
*Judge's signature*

Jonathan D. Greenberg, United States Magistrate Judge
*Printed name and title*